IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO


JEFFREY MULHOLLAND,

    Plaintiff,

v.

                              Case No: 1:19-cv-00768-SCY-KRS

GUSTO INSURANCE SERVICES,
LLC, ZP INSURANCE, LLC, and THE
GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

    Defendants.

## ORDER GRANTING
## DEFENDANT THE GUARDIAN LIFE INSURANCE COMPANY OF AMERICA'S AND ZP INSURANCE, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME

THIS MATTER came before the Court on Defendants The Guardian Life Insurance Company of America's and ZP Insurance, LLC's unopposed motion to extend their responsive pleading deadline. The Court finds that the motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Defendants The Guardian Life Insurance Company of America's and ZP Insurance, LLC's unopposed motion to extend their responsive pleading deadline is GRANTED, and that Defendants The Guardian Life Insurance Company of America and ZP Insurance, LLC shall answer or otherwise respond to the Complaint on or before September 12, 2019.

                              _____
                              **KEVIN R. SWEAZEA**
                              **UNITED STATES MAGISTRATE JUDGE**

APPROVED:

DELARA | SUPIK | ODEGARD P.C.

By *Electronically Approved on August 26, 2019*
      Christopher J. DeLara
      Christopher J. Supik
      David C. Odegard

*ATTORNEYS FOR PLAINTIFF*
*JEFFREY MULHOLLAND*


RESNICK & LOUIS, PC

By */s/ Steven L. Gonzales*
      Steven L. Gonzales

*ATTORNEY FOR DEFENDANT*
*ZP INSURANCE, LLC*


McDOWELL HETHERINGTON LLP

By */s/ Andrew R. Kasner*
      Thomas F.A. Hetherington
      Andrew R. Kasner

*ATTORNEYS FOR DEFENDANT*
*THE GUARDIAN LIFE INS. CO. OF AM.*