## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

JEFFREY MULHOLLAND,

     Plaintiff,

                                 Case No: 1:19-cv-00768-SCY-KRS

v.

GUSTO INSURANCE SERVICES,
LLC, ZP INSURANCE, LLC, and THE
GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

     Defendants.


## ORDER GRANTING JOINT MOTION FOR RELIEF
## FROM THE SCHEDULING ORDER, FINDING GOOD CAUSE TO DELAY
## REISSUANCE OF A SCHEDULING ORDER,
## AND VACATING CERTAIN SCHEDULING DEADLINES

     **THIS MATTER** comes before Court on the Parties' Joint Motion Requesting Relief from the Scheduling Order (Doc. 37).   Having considered the request and that all parties concur in the relief requested, the Court hereby vacates the current and remaining deadlines in its Scheduling Order (Doc. 26).   The Court further finds good cause to delay reissuing a scheduling order until such time as the Court holds a status conference to reset the settlement conference.   Once the settlement conference is rescheduled, the parties shall jointly move for the issuance of an amended scheduling order as proposed in the instant motion.

     **IT IS, THEREFORE, ORDERED** that the parties' Joint Motion for Relief From the Scheduling Order is **GRANTED**.   The remaining deadlines contained in lines (f) – (k) of the November 20, 2019 Scheduling Order are **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall file a motion for entry of an amended scheduling order as described above and consistent with Paragraph 8 of the Motion.

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE