N THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JEFFREY MULHOLLAND,

    Plaintiff,

v.

                                      Case No: 1:19-cv-00768-SCY-KRS

GUSTO INSURANCE SERVICES,
LLC, ZP INSURANCE, LLC, and THE
GUARDIAN LIFE INSURANCE
COMPANY OF AMERICA,

    Defendants.

## ORDER

**THIS MATTER** comes before the Court on the Parties' Joint Motion to Extend the Deadline to File Closing Documents (the "Motion") (Doc. 44). Having considered the request and noting that all parties concur in the relief requested, the Court **GRANTS** the Motion.

**IT IS, THEREFORE, ORDERED** that the Parties shall file all closing documents with the Presiding Judge on or before December 21, 2020.

**IT IS SO ORDERED.**

_____
KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE